IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRACY HERREN                                                                PLAINTIFF

V.                           CASE NO. 3:19-CV-17-BD

ANDREW SAUL, Commissioner,
SOCIAL SECURITY ADMINISTRATION                              DEFENDANT

### ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #16) For good cause shown, the Commissioner's motion (#16) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 20th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE