# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TRACY HERREN**                                                    **PLAINTIFF**

**V.**                  **CASE NO. 3:19-CV-17-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                     **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Plaintiff Tracy Herren and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

DATED this 23rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE