# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TRACY HERREN**                                                              **PLAINTIFF**

V.                    **CASE NO. 3:19-CV-17-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## ORDER

Plaintiff Tracy Herren has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #19) He seeks fees and expenses in the amount of $4,742.27. (*Id.*) The Commissioner does not object to the requested attorney fees or the amount of expenses. (#21)

Because there is no objection to granting attorney's fees and expenses, Mr. Herren's motion (#19) is GRANTED, and the Commissioner is directed to pay the total sum of $4,742.27 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED this 16th day of December, 2019.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE